# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165
jbarton@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

February 10, 2020

**VIA ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*The status conference adjourned from February 12, 2020 to March 18, 2020 at 9:45 a.m.* SO ORDERED
/s/ George B. Daniels

Re:  *Cano, et al. v. Xing Fu, Inc. et al.;*
     *19-cv-7485; U.S. District Court, Southern District of New York*

This firm represents Plaintiffs in the above referenced matter. I write on behalf of the parties to request the case management conference scheduled for February 12, 2020 be adjourned for thirty days. This is the first request of its kind and is submitted on consent.

The parties are very close to settling this case. At this point, we believe it is more prudent to invest in resolving our dispute than litigating. As such, we respectfully request the Court adjourn the upcoming case management conference.

Thank you for your attention.

Respectfully Submitted,

_____/s/_____
Jesse S. Barton, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
Tel No. (212) 317-1200
Fax No. (212) 317-1620