**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE CANDIDO CANO and VICENTE JUAREZ    :
CANDIDO, *individually and on behalf of others*    :
*similarly situated*,    :
     :
          Plaintiffs,    :
     :
     -against-    :
     :
XING FU, INC., *d/b/a Great Wall Chinese*    :
*Restaurant*, JIN JIANG CHUN CHINESE    :
RESTAURANT, LTD., *d/b/a Great Wall Chinese*    :
*Restaurant*, MIN FENG CHEN, ANGEL DOE, and    :
DANNY DOE,    :
     :
          Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 2 6 2020

ORDER

19 Civ. 7485 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties report that this case has settled. Plaintiff shall move for approval of the

settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no

later than March 27, 2020. All conferences previously scheduled are adjourned *sine die.*

Dated: New York, New York
      February 26, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge