# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jbarton@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2020

March 26, 2020

**BY ECF**
Hon. Judge George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAR 2 6 2020

　　　　　　Re:　　*Candido Cano et al v. Xing Fu, Inc. et al.*;
　　　　　　　　　Case No. 19-cv-07485-GBD

Your Honor:

　　　　I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. I write to respectfully request a 30-day extension to submit the motion for settlement approval, which is currently due on March 27, 2020. This is the first request of its kind and is submitted on consent.

　　　　The parties have been working diligently to finalize the settlement agreement, but anticipate needing more time to complete it. In addition, due to the COVID-19 pandemic, the parties expect some difficulty in obtaining signatures on the agreement. As such, the parties respectfully request that the deadline to submit the motion for settlement approval be adjourned by thirty days.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/Jesse Barton
　　　　　　　　　　　　　　　　　　　Jesse Barton
　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*