# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

michael@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

April 21, 2020

**BY ECF**
Hon. Judge George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:

*[signature]*
George B. Daniels, U.S.D.J.

Dated: APR 21 2020

Re: *Candido Cano et al v. Xing Fu, Inc. et al.*;
Case No. 19-cv-07485-GBD

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. I write to respectfully request a 30-day extension to submit the motion for settlement approval, which is currently due on April 24, 2020. This is the second request of its kind and is submitted on consent.

The parties have been working diligently to finalize the settlement agreement, but anticipate needing more time to complete it and obtain signatures. As such, the parties respectfully request that the deadline to submit the motion for settlement approval be adjourned by thirty days.

Respectfully Submitted,

/s/Michael Faillace
Michael Faillace
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*