# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

michael@faillacelaw.com

May 25, 2020

**BY ECF**  
Hon. Judge George B. Daniels  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: JUN 0 1 2020

SO ORDERED:

/s/ George B. Daniels  
George B. Daniels, U.S.D.J.  
Dated: JUN 0 1 2020

Re: *Candido Cano et al v. Xing Fu, Inc. et al.*;  
Case No. 19-cv-07485-GBD

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. I write to respectfully request a two-week extension to submit the motion for settlement approval, which was due on May 22, 2020. This is the third request of its kind and is submitted on consent. We apologize for the tardiness of this request.

The parties have been working diligently to finalize their settlement materials. The agreement has been fully executed; however, the parties anticipate needing more time to complete their fairness motion. As such, the parties respectfully request that the deadline to submit the motion for settlement approval be extended by two weeks.

Respectfully Submitted,

/s/Michael Faillace  
Michael Faillace  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiffs*