UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JOSE CANDIDO CANO, *individually and on behalf of others similarly situated*, and VINCENTE JUAREZ CANDIDO, *individually and on behalf of others similarly situated*,

                                Plaintiffs,

     -against-

XING FU, INC., *d/b/a Great Wall Chinese Restaurant*, JIN IANG CHUN CHINESE RESTAURANT, LTD., *d/b/a Great Wall Chinese Restaurant*, MIN FENG CHEN, ANGEL DOE, and DANNY DOE,

                                Defendants.
------------------------------------ x

<u>ORDER</u>

19 Civ. 7485 (GBD)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 1 1 2020]

GEORGE B. DANIELS, United States District Judge:

Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF Nos. 34) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff Jose Candido Cano in the amount of $12,326.56 is approved;

2. The settlement payment to Plaintiff Vincente Juarez Candido in the amount of $16,340.16; and

3. The payment of attorneys' fees and expenses to Plaintiffs' attorneys in the amount of $14,333.12 is approved.

4. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
June 11, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge